IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 2:15-CV-40-FL

R&B Investments, A North
Carolina Partnership,
                Plaintiff,

v.

Allied Property and Casualty
Insurance Company,
                Defendant.

## ORDER

THIS CAUSE IS BEFORE THE COURT upon Plaintiff's Motion to remand this matter to the Superior Court of Hertford County upon the grounds that while diversity of citizenship exists between the Plaintiff and the Defendant, the amount in controversy in this action is less than $75,000.00, and the Court, having considered the affidavit filed on behalf of Plaintiff, finds that the amount in controversy in this case is, in fact, less than $75,000.00 such that this court lacks jurisdiction over the subject matter of this case.

NOW, THEREFORE, IT IS ORDERED that this case shall be and the same is hereby remanded to the Superior Court of Hertford County, North Carolina for such further proceedings as may be appropriate.

This the __17th__ day of December, 2015.

_____
United States District Judge