UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| R&B INVESTMENTS, a North Carolina Partnership, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | **AMENDED JUDGMENT*** <br><br> No. 2:15-CV-40-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to remand, to which defendant responded it had no objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 17, 2015, that the motion to remand is granted, and this case is remanded to the Superior Court of Hertford County, North Carolina for such further proceedings as may be appropriate.

**This Judgment Filed and Entered on January 28, 2016, and Copies To:**

Ronald G. Baker  (via CM/ECF Notice of Electronic Filing)
Martha B. Brown  (via CM/ECF Notice of Electronic Filing)
David L. Brown (via CM/ECF Notice of Electronic Filing)
The Honorable Shirley Johnson, Hertford County Clerk of Superior Court
    (via U.S. mail) PO Box 14, Winton, NC 27896


January 28, 2016        JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk


*Judgment amended to correct party names in case caption.